UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FABIAN DION BYRD, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2458** |
| **TERREBONNE PARISH SHERIFF'S DEPARTMENT** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

January 13, 2021

_____
UNITED STATES DISTRICT JUDGE